**Opinion issued January 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00711-CV

————————————

### ILAN INVESTMENTS, LLC, ADARA COMMUNITIES, LLC, BRECKENRIDGE CONSTRUCTION, INC., CADMAN MANAGEMENT SERVICES FL, LLC, AND CHOWDARY YALAMANCHILI, Appellants

### V.

### NITISHA JOGI, Appellee

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-44847**

---

## MEMORANDUM OPINION

Appellants, Ilan Investments, LLC, Adara Communities, LLC, Breckenridge Construction, Inc., Cadman Management Services FL, LLC, and Chowdary Yalamanchili, filed a notice of interlocutory appeal from the trial court's October 2,

2023 order modifying an August 5, 2020 "Agreed Temporary Injunction." On January 2, 2024, appellants filed a "Motion to Dismiss Appeal," stating that the "parties to this matter ha[d] reached a settlement." Accordingly, appellants request that "the Court dismiss" the appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellants' motion includes a certificate of conference stating that appellee, Nitisha Jogi, is unopposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellants' motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.